1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE M. DIXON, | No. 2:15-cv-1039 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. KROENLEIN, et al., | |
| Defendants. | |

By order filed April 28, 2016, the court screened the complaint and plaintiff was given the option to proceed on the original complaint as screened or to amend the complaint. ECF No. 6. Plaintiff was ordered to notify the court as to how he wished to proceed. Id. at 9. Plaintiff has now submitted a notice advising the court that he would like to amend the complaint. ECF No. 10. The Clerk of the Court will be directed to send plaintiff a copy of the prisoner complaint form used in this district and plaintiff shall have thirty days to file an amended complaint.

Plaintiff is reminded that the amended complaint must include all of the claims he wants to make, including the ones that have already been found to state a claim, because the court will not look at the claims or information in the original complaint. In other words, any claims not in the first amended complaint will not be considered. Plaintiff should also refer to the instructions in the April 28, 2016 screening order when drafting his amended complaint and is reminded that if he wants to state claims against defendants Montoya and Diciro, he will need to show that that

1

these defendants (1) were involved in the violation of his rights; (2) knew that the people they were supervising were violating plaintiff's rights and failed to stop them; or (3) created or ignored a policy that led to the violation of plaintiff's rights. Simply stating that they were supervisors is not sufficient.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff may file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint." Plaintiff must file an original and two copies of the amended complaint. Failure to file an amended complaint in accordance with this order will result in dismissal of this action.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: May 19, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE